# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00190JMS |
| CASE NAME: | USA vs. (01) JOSE DIAZ<br>USA vs. (02) ALFRED NOBRIGA, JR.<br>USA vs. (03) CHANDRA POUNDS |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (01) Harlan Y. Kimura<br>(01) Arturo Hernandez<br>(02) Reginald P. Minn<br>(03) Todd W. Eddins |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/30/2006 | TIME: | 10:07-10:09 |

COURT ACTION:  EP: Final Pretrial Conference not held.  Defendants not present, presence waived.  Atty Reginald P. Minn not present.  Intentions already given to AUSA Thomas.

Govt's Oral Motion to Continue Trial Granted and terminated. New trial date and deadlines given.

Jury Selection/Trial is continued to 9:00 8/8/06, JMS.
Final Pretrial Conference is continued to 10:00 7/10/06, LEK.
Defendant's Motions due 6/26/06.
Government's Response due 7/10/06.

Time excluded from 2/28/06 thru 8/8/06 from the requirements of the Speedy Trial Act. Govt to prepare Order.

Submitted by: Warren N. Nakamura, Courtroom Manager