# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00190JMS-BMK |
| CASE NAME: | USA v. (02) Alfred Nobriga, Jr. |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (02) Reginald P. Minn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/9/2006 | TIME: | 10:28 - 10:29 |

COURT ACTION:  EP: A & P to Superseding Indictment as to (02) Alfred Nobriga, Jr.- deft present on bail.

Arrn waived.  Plea of NOT GUILTY entered.

Dates given:
JS/JT 8-8-06 @ 9 a.m., JMS
FPT 7-17-06 @ 10 a.m., BMK
Motions due 6-26-06
Response due 7-10-06

Bail to continue.

Submitted by Richlyn Young, Courtroom Manager