# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 05-00190JMS

CASE NAME: United States of America Vs. (02) Alfred Nobriga, Jr.

ATTYS FOR PLA: Chris Thomas

ATTYS FOR DEFT: (02) Reginald P. Minn

INTERPRETER:

JUDGE: Leslie E. Kobayashi         REPORTER: C7-FTR-1:01:46

DATE: 07/24/2006                   TIME: 1:01pm-1:29pm

COURT ACTION: EP: Motion for Withdrawl of Not Guilty Plea and to Plead Anew as to Defendant (02) Alfred Nobriga, Jr.-Defendant present not in Custody.

Defendant Sworn in.

Court Questions the Defendant.

Consent to Rule 11 Plea in a Felony Case before U.S. Magistrate Judge signed and filed.

Memorandum of Plea Agreement signed and filed.

Defendant enters a Plea of Guilty as to Count 1 of the Superseding Indictment.

Court recommends the acceptance of the Guilty Plea and Adjudging the Defendant Guilty as to Count 1 of the Superseding Indictment.

Defendant referred to the Probation Office for the preparation of the presentence report.

Sentence set for 12/04/2006 @1:30 p.m. before Judge Seabright.

Defendant to continue on the present bail conditions previously set.

Submitted by Leslie L. Sai, Courtroom Manager