REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Telephone:  (808) 526-9343
Facsimile:  (808) 599-1645
e-mail:  rpminn@gmail.com

Attorney for Defendant
ALFRED NOBRIGA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00190-02 JMS |
| | ) | |
| v. | ) | MOTION FOR REVIEW OF |
| | ) | RELEASE ORDER; DECLARATION |
| ALFRED NOBRIGA, JR.,    (02) | ) | OF COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |
| Defendant. | ) | |
| | ) | |

MOTION FOR REVIEW OF RELEASE ORDER

COMES NOW Defendant ALFRED NOBRIGA, JR., by and through his attorney, Reginald P. Minn, and moves this Court to review the conditions of Defendant's release for the reasons set forth in the attached Declaration of Counsel.

This motion is based on the attached Declaration of Counsel, the records and files of this case, and such evidence as is presented at the hearing on this motion.

Dated:  Honolulu, Hawaii, August 15, 2006.

                                      <u>/s/ Reginald P. Minn</u>
                                      Reginald P. Minn
                                      Attorney for Defendant
                                      ALFRED NOBRIGA, JR.