IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00190-02 JMS |
| ) | |
| v. ) | DECLARATION OF COUNSEL |
| ) | |
| ALFRED NOBRIGA, JR., (02) ) | |
| ) | |
| Defendant. ) | |
| ) | |

DECLARATION OF COUNSEL

I, Reginald P. Minn, hereby declare as follows:

1. I am the attorney for Defendant ALFRED NOBRIGA, JR., in the above-captioned case.

2. I have discussed the filing of this motion with the Defendant and I state on information and belief that:

   a. Defendant Nobriga has been on pretrial release since on or about June, 2005, when Defendant was released to the supervision of the Salvation Army Adult Rehabilitation Center in Iwilei;

   b. Since his release, Defendant has successfully completed the program at the Salvation Army and he is presently residing on the Big Island;

   c. On or about July 24, 2006, Defendant entered a guilty plea in this case and he is presently scheduled to be sentenced before the Honorable J. Michael Seabright on December 4, 2006;

  d. I have informed Defendant Nobriga that he should expect to receive a term of imprisonment of a number of years when he is sentenced;

  e. Defendant is in full compliance with all terms and conditions of his pretrial release, but at this time he desires to be remanded into custody so that he can effectively commence serving his term.

 I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

 Dated: Honolulu, Hawaii, August 15, 2006.

        /s/ Reginald P. Minn
        Reginald P. Minn
        Attorney for Defendant
        ALFRED NOBRIGA, JR.