CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Chris A. Thomas  chris.thomas@usdoj.gov  August 15, 2006

Served by Hand-Delivery:

Carolyn Hall                             August 15, 2006
U.S. Pretrial Services
Room 7-222, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

DATED:  Honolulu, Hawaii, August 15, 2006.

/s/ Reginald P. Minn