REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Telephone:  (808) 526-9343
Facsimile:  (808) 599-1645
e-mail:  rpminn@gmail.com

Attorney for Defendant
ALFRED NOBRIGA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00190-02 JMS |
| | ) |
| v. | ) ORDER FOR SELF-SURRENDER OF |
| | ) DEFENDANT ALFRED NOBRIGA, |
| ALFRED NOBRIGA, JR.,    (02) | ) JR. |
| | ) |
| Defendant. | ) |
| | ) |

ORDER FOR SELF-SURRENDER OF
DEFENDANT ALFRED NOBRIGA, JR.

Defendant ALFRED NOBRIGA, JR., having filed a Motion for Review of Release Order on August 15, 2006, and the Court having reviewed the records and files of this case and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant ALFRED NOBRIGA, JR., shall be permitted to self-surrender to the custody of

1

the United States Marshals Service at Honolulu, Hawaii on

August 22, 2006, at 10:00 a.m.


IT IS SO ORDERED.

DATED: Honolulu Hawaii, August 16, 2006.



```
                              /s/ J. Michael Seabright
                              _____
                              J. Michael Seabright
                              United States District Judge
```

USA V. ALFRED NOBRIGA, JR., CR. NO. 05-00190-02 JMS, ORDER
FOR SELF-SURRENDER OF DEFENDANT ALFRED NOBRIGA, JR.