REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Telephone:  (808) 526-9343
Facsimile:  (808) 599-1645
e-mail:
rpminn@gmail.com

Attorney for Defendant
ALFRED NOBRIGA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00190-02 JMS |
| | ) |
| Plaintiff, | ) ORDER EXONERATING BOND |
| | ) |
| v. | ) |
| | ) |
| ALFRED NOBRIGA, JR., (02) | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER EXONERATING BOND

   WHEREAS, Defendant ALFRED NOBRIGA, JR. was released from custody pending sentencing; and

   WHEREAS, the conditions of release for Defendant Nobriga included the posting of an appearance bond which was secured by the posting of $100,000 cash; and

   WHEREAS, Defendant Nobriga's grandfather, Alfred J. Nobriga, Sr., deposited a $100,000 cashier's check to satisfy the latter condition; and

1

WHEREAS, Defendant self-surrendered to the U.S. Marshals Service on August 22, 2006, to await sentencing which is presently scheduled for December 4, 2006, before the Honorable J. Michael Seabright.

NOW, THEREFORE, it is hereby ordered that Defendant's appearance bond is hereby EXONERATED, and the $100,000 cash shall be returned to Alfred J. Nobriga, Sr.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 3, 2006.

_____
J. Michael Seabright
United States District Judge

APPROVED:

/s/ Chris A. Thomas_____
CHRIS A. THOMAS
Assistant U.S. Attorney

USA V. ALFRED NOBRIGA, JR., CR. NO. 05-00190-02 JMS, ORDER EXONERATING BOND