REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Telephone:  (808) 526-9343
Facsimile:  (808) 599-1645
e-mail:  rpminn@gmail.com

Attorney for Defendant
ALFRED NOBRIGA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00190-02 JMS |
|---|---|---|
| Plaintiff, | ) ) ) | CR. NO. 06-00372-01 JMS |
| v. | ) ) ) | AMENDED CERTIFICATE OF SERVICE RE: DEFENDANT |
| ALFRED NOBRIGA, JR., | ) ) ) | ALFRED NOBRIGA, JR.'S OBJECTIONS TO PROPOSED |
| Defendant. | ) ) ) ) ) ) | PRESENTENCE INVESTIGATION REPORT |

AMENDED CERTIFICATE OF SERVICE RE:
DEFENDANT ALFRED NOBRIGA, JR.'S OBJECTIONS TO
PROPOSED PRESENTENCE INVESTIGATION REPORT

　　I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of "Defendant Alfred Nobriga, Jr.'s Objections to Proposed Presentence Investigation Report" filed on October 25, 2006, was served on the following at their last known addresses:

<u>Served by Hand-Delivery</u>:

Chris A. Thomas, Esq.                October 25, 2006
United States Attorney's Office
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Mr. Neil W. Tsukayama               October 26, 2006
United States Probation Office
Room 2-215, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850


DATED:  Honolulu, Hawaii, October 26, 2006.


                                    /s/ Reginald P. Minn
                                    REGINALD P. MINN