ORIGINAL

REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii 96813
Telephone: (808) 526-9343
Facsimile: (808) 599-1645
e-mail: rpminn@gmail.com

Attorney for Defendant
ALFRED NOBRIGA, JR.

LODGED DEC 0 4 2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 2006 1:50 at __ o'clock and __ min __ M
SUE __ CLERK
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED NOBRIGA, JR.,<br><br>Defendant. | CR. NO. 05-00190-02 JMS<br>CR. NO. 06-00372-01 JMS<br><br>*EX PARTE* APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM; DECLARATION OF COUNSEL; WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

*EX PARTE* APPLICATION FOR
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW Defendant ALFRED NOBRIGA, JR., by and through his attorney, Reginald P. Minn, and moves this Court to issue a writ of habeas corpus ad testificandum to the Office of the United States Marshal for the District of Hawaii and/or the Federal Detention Center Honolulu to produce Chandra Pounds, who is currently in Federal custody at the Federal Detention Center Honolulu, so that she may testify at the sentencing hearing for Defendant Nobriga, which is presently scheduled before the Honorable J. Michael

Seabright on December 14, 2006, at 10:00 a.m.

This motion is brought pursuant to 28 U.S.C. 2241(c)(5) and is based upon the attached declaration of counsel and the records and files of this case.

DATED: Honolulu, Hawaii, December 1, 2006.

_____
REGINALD P. MINN
Attorney for Defendant
ALFRED NOBRIGA, JR.