IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00190-02 JMS |
| Plaintiff, | ) CR. NO. 06-00372-01 JMS |
| v. | ) WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| ALFRED NOBRIGA, JR., | ) |
| Defendant. | ) |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Honorable J. Michael Seabright, Judge of the United States District Court for the District of Hawaii, to Mark M. Hanohano, the United States Marshal, or representative, and John T. Rathman, Warden, Federal Detention Center Honolulu, or representative, GREETINGS:

We command that you have the person of CHANDRA POUNDS detained under your custody, brought before me on December 14, 2006, at 10:00 a.m., in my courtroom on the fourth floor of the United States District Courthouse, in connection with the above-entitled case, until the final disposition of the hearing on said date, and thereafter to return her to your custody under safe and secure conduct.

THE CLERK IS ORDERED to serve this order on all of the above named parties and on all counsel of record.

DATED: Honolulu, Hawaii, December 1, 2006.

Honorable J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE
District of Hawaii

6