IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>ALFRED NOBRIGA, JR.,<br><br>      Defendant. | CR. NO. 05-00190-02 JMS<br>CR. NO. 06-00372-01 JMS<br><br>WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

<u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

    The Honorable J. Michael Seabright, Judge of the United States District Court for the District of Hawaii, to Mark M. Hanohano, the United States Marshal, or representative, and John T. Rathman, Warden, Federal Detention Center Honolulu, or representative, GREETINGS:

    We command that you have the person of CHANDRA POUNDS detained under your custody, brought before me on February 22, 2007, at 9:00 a.m., and for any continued sentencing hearings for Defendant Nobriga, in my courtroom on the fourth floor of the United States District Courthouse, in connection with the above-entitled case, until the final disposition of the hearing, and thereafter to return her to your custody under safe and secure conduct.

    DATED: Honolulu, Hawaii, February 2, 2007.

                                            Honorable J. MICHAEL SEABRIGHT<br>                                            UNITED STATES DISTRICT JUDGE<br>                                            District of Hawaii