ORIGINAL

LODGED
APR 19 2007
12:46pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2061
Honolulu, Hawaii 96813
Telephone: (808) 526-9343
Facsimile: (808) 599-1645
e-mail: rpminn@gmail.com

Attorney for Defendant
ALFRED NOBRIGA, JR.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 23 2007
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALFRED NOBRIGA, JR.,<br><br>　　　　Defendant. | CR. NO. 05-00190-02 JMS<br>CR. NO. 06-00372-01 JMS<br><br>*EX PARTE* APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM; DECLARATION OF COUNSEL; WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

*EX PARTE* APPLICATION FOR
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW Defendant ALFRED NOBRIGA, JR., by and through his attorney, Reginald P. Minn, and moves this Court to issue a writ of habeas corpus ad testificandum to the Office of the United States Marshal for the District of Hawaii and/or FCI Dublin to produce Chandra Ann Pounds, who is currently in Federal custody at FCI Dublin, so that she may testify at the sentencing hearing for Defendant Nobriga, which is presently scheduled before the Honorable J. Michael Seabright on May 29, 2007, at 3:00 p.m.

This motion is brought pursuant to 28 U.S.C. 2241(c)(5) and is based upon the attached declaration of counsel and the records and files of this case.

DATED: Honolulu, Hawaii, April 19, 2007.

_____
REGINALD P. MINN
Attorney for Defendant
ALFRED NOBRIGA, JR.