IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00190-02 JMS |
| Plaintiff, | ) CR. NO. 06-00372-01 JMS |
| v. | ) WRIT OF HABEAS CORPUS AD |
| ALFRED NOBRIGA, JR., | ) TESTIFICANDUM |
| Defendant. | ) |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Honorable J. Michael Seabright, Judge of the United States District Court for the District of Hawaii, to Mark M. Hanohano, the United States Marshal, or representative, and Schelia Clark, Warden, FCI Dublin, or representative, GREETINGS:

We command that you have the person of CHANDRA ANN POUNDS detained under your custody, brought before me on May 29, 2007, at 3:00 p.m., and for any continued sentencing hearings for Defendant Nobriga, in my courtroom on the fourth floor of the United States District Courthouse, in connection with the above-entitled case, until the final disposition of the hearing, and thereafter to return her to your custody under safe and secure conduct.

DATED: Honolulu, Hawaii, April 19, 2007.

Honorable J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE
District of Hawaii

6