REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii  96813
Telephone:  (808) 526-9343
Facsimile:  (808) 599-1645
e-mail:  rpminn@gmail.com

Attorney for Defendant
ALFRED NOBRIGA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00190-02 JMS |
|---|---|
| | ) CR. NO. 06-00372-01 JMS |
| Plaintiff, | ) |
| | ) |
| v. | ) DEFENDANT NOBRIGA'S MOTION |
| | ) FOR TEMPORARY RELEASE TO |
| | ) ATTEND FUNERAL; DECLARATION |
| ALFRED NOBRIGA, JR., | ) OF COUNSEL; CERTIFICATE OF |
| | ) SERVICE |
| Defendant. | ) |
| | ) |

DEFENDANT NOBRIGA'S MOTION FOR
TEMPORARY RELEASE TO ATTEND FUNERAL

COMES NOW Defendant ALFRED NOBRIGA, JR., by and through his attorney, Reginald P. Minn, and moves this Court for an order providing for the temporary release of Defendant Nobriga to allow him to travel to Hilo, Hawaii for the funeral of his grandfather.

This motion is based on the records and files of this case, the attached declaration of counsel, and such evidence as is presented at the hearing on this motion.

2

DATED: Honolulu, Hawaii, June 21, 2007.

/s/ Reginald P. Minn
REGINALD P. MINN
Attorney for Defendant
ALFRED NOBRIGA, JR.

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Chris A. Thomas                                June 21, 2007
chris.thomas@usdoj.gov


Served via U.S. Mail:

Carolyn Hall                                   June 21, 2007
United States Pretrial Services
Room 7-222, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850


    DATED:  Honolulu, Hawaii, June 21, 2007.


    /s/ Reginald P. Minn
    REGINALD P. MINN