IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00190-02 JMS |
| | ) CR. NO. 06-00372-01 JMS |
| Plaintiff, | ) |
| | ) DECLARATION OF COUNSEL |
| v. | ) |
| | ) |
| ALFRED NOBRIGA, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

DECLARATION OF COUNSEL

I, Reginald P. Minn, hereby declare as follows:

1.   I am the attorney for Defendant Nobriga in the above-captioned case.

2.   Defendant is presently in custody at the Federal Detention Center awaiting his sentencing hearing which is scheduled for August 31, 2007.

3.   Defendant was previously released on conditions of bail, but he voluntarily surrendered in order to commence serving his term of imprisonment, as it is clear that he will receive a sentence of years in this case.

4.   Based on my discussions with the Defendant, with personnel at Pretrial Services, and with counselors at The Salvation Army Adult Rehabilitation Center, I am informed and believe that Defendant performed well while on pretrial

release, including his completion of residential treatment at The Salvation Army Adult Rehabilitation Center.

    5.   I am informed by Defendant's mother, Lillian Nobriga, that Defendant's maternal grandfather, Lucio Anthony Dela Cruz, died on June 19, 2007, and funeral services are being scheduled in Hilo, Hawaii.

    6.   By this motion, Defendant Nobriga seeks his temporary release from custody to travel to Hilo, Hawaii, and to return to custody at the Federal Detention Center Honolulu on the date of the funeral.

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

    DATED:  Honolulu, Hawaii, June 21, 2007.

/s/ Reginald P. Minn
REGINALD P. MINN
Attorney for Defendant
ALFRED NOBRIGA, JR.