# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00190JMS |
| | CR NO. 06-00372JMS |
| CASE NAME: | USA vs. (02) ALFRED NOBRIGA, JR. |
| | USA vs. ALFRED NOBRIGA, JR. |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | Reginald Minn |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 06/25/2007 | TIME: | 10:39-10:42 |

COURT ACTION:  EP: Defendant's Motion for Temporary Release to Attend Funeral - Defendant Alfred Nobriga, Jr. present in custody.

No objections to the USPTS Report.  Parties submit.  Motion Granted and terminated. Court Orders that the Defendant be released on an unsecured bond in the amount of $10,000 under the following conditions:

(7b)    Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7j)    Maintain residence with/at: Lillian Nobriga in Hilo, Hawaii.

**Release is delayed until June 27, 2007, at 9:00 a.m.**

**Other Conditions: Self-Surrender to the U.S. Marshals Service no later than 4:00 p.m. on June 28, 2007.**

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

You shall not commit any offense in violation of federal, state, or local law while on release in this case.

You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Defendant remanded to the custody of the US Marshal for processing.


Submitted by: Warren N. Nakamura, Courtroom Manager